■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DOZIER, Appellant. [643 NYS2d 1010]

To the extent that the defendant contends that he received ineffective assistance of counsel at the plea proceeding under Indictment No. 306/95, his contention is without merit *(see, People v Baldi,* 54 NY2d 137). Moreover, the defendant's plea of guilty was knowingly, intelligently, and voluntarily entered *(see, People v Harris,* 61 NY2d 9; *People v Francabandera,* 33 NY2d 429).

The defendant's remaining contentions are without merit. O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.